## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                          February 11, 2014
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-01921-RPM

| | |
|---|---|
| MERCURY COMPANIES, INC., | Bruce F. Rohde |
| | Tom Connolly |
| Plaintiff, | |
| v. | |
| COMERICA BANK, | Peter G. Bertrand |
| | Julian W. Mack |
| Defendant. | Duncan E. Barber |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**10:29 a.m.**      **Court in session.**

Tom Connolly present as client representative for plaintiff.

Court's preliminary remarks.

10:31 a.m.      Argument by Mr. Bertrand.
10:46 a.m.      Argument by Mr. Rohde.

**ORDERED:    Defendant's Request for Judicial Notice in Support of Motion to Dismiss Complaint [7], is granted.**

   **Defendant's Motion to Dismiss [6], is granted. A written order shall be prepared and entered.**

   **Defendant Comerica Bank's Objections to Evidence Presented by Plaintiff in Connection with its Response to Defendant's Motion to Dismiss [16], is overruled.**

**10:59 a.m.**      **Court in recess.**

Hearing concluded. Total time: 30 min.