IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01921-RPM

MERCURY COMPANIES, INC.,

    Plaintiff,

v.

COMERICA BANK,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior District Judge Richard P. Matsch on February 12th, 2014, it is

ORDERED AND ADJUDGED that this civil action is dismissed.  Defendant is awarded costs upon the filing of a bill of costs within 14 days.

DATED:   February 12th, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                   s/M. V. Wentz
              By_____
                        Deputy