IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01921-RPM

MERCURY COMPANIES, INC.,

    Plaintiff,

v.

COMERICA BANK,

    Defendant.

_____

ORDER DEFERRING RULING ON MOTION FOR ATTORNEYS' FEES PENDING APPEAL
_____

On February 26, 2014, Defendant Comerica Bank's Motion for Award of Attorneys' Fees and Expenses was filed [22]. The plaintiff filed a notice of appeal on March 13, 2014, [23] and the plaintiff filed a motion for extension of time to file a response to that motion on March 17, 2014, [26]. Because the motion for fees does not affect the appeal, it is

ORDERED that the defendants' motion for attorneys' fees is deferred pending resolution of the appeal.

DATED: March 18th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge